IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GENEVIEVE TATOLA,<br><br>        Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, et al.,<br><br>        Defendants. | No. C-11-3994 MMC<br><br>**ORDER VACATING OCTOBER 14, 2011 HEARING** |

Before the Court are two motions filed by defendant Wells Fargo Bank, N.A.: (1) "Motion of Wells Fargo to Dismiss Complaint," filed September 19, 2011; and (2) "Motion of Wells Fargo to Strike Portions of Complaint," filed September 19, 2011. Defendant HSBC Bank USA has filed a joinder in each motion.  Plaintiff Mary Genevieve Tatola has not filed opposition or any other response to either motion.

Having read and considered the papers filed in support of the motions, the Court deems the matters suitable for decision on the written submissions, and VACATES the hearing scheduled for October 14, 2011.

**IT IS SO ORDERED.**

Dated: October 11, 2011

MAXINE M. CHESNEY
United States District Judge