IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY GENEVIEVE TATOLA,

    Plaintiff,

v.

HSBC BANK USA, et al.,

    Defendants.

No. C-11-3994 MMC

**ORDER DISMISSING ACTION; VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**

By order filed October 21, 2011, the Court dismissed plaintiff Mary Genevieve Tatola's complaint for failure to state a claim, and afforded plaintiff leave to file a First Amended Complaint no later than November 10, 2011. Plaintiff has not filed a First Amended Complaint.

Accordingly, the instant action is hereby DISMISSED with prejudice.

In light of the dismissal, the December 2, 2011 Case Management Conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 18, 2011

MAXINE M. CHESNEY
United States District Judge