IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GENEVIEVE TATOLA, | No. C-11-3994 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION; VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| HSBC BANK USA, et al., | |
| Defendants. | |

By order filed October 21, 2011, the Court dismissed plaintiff Mary Genevieve Tatola's complaint for failure to state a claim, and afforded plaintiff leave to file a First Amended Complaint no later than November 10, 2011. Plaintiff has not filed a First Amended Complaint.

Accordingly, the instant action is hereby DISMISSED with prejudice.

In light of the dismissal, the December 2, 2011 Case Management Conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 18, 2011

MAXINE M. CHESNEY
United States District Judge