IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY GENEVIEVE TATOLA,

        Plaintiff,

v.

HSBC BANK USA, et al.,

        Defendants.

No. CV-11-3994 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED with prejudice.

Dated: November 18, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk